R. SCOTT ERLEWINE (State Bar No. 095106)
PHILLIPS, ERLEWINE, GIVEN & CARLIN LLP
39 Mesa Street, Suite 201
The Presidio
San Francisco, CA   94129
Telephone:  415-398-0900
Fax:            415-398-0911
Email: rse@phillaw.com

Attorneys for Defendant/Counterclaimant
GREGER PACIFIC MARINE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILSON CONSTRUCTION COMPANY,<br><br>        Plaintiff,<br><br>   v.<br><br>GREGER PACIFIC MARINE, INC.<br><br>        Defendant.<br><br>GREGER PACIFIC MARINE INC.,<br><br>        Counterclaimant,<br><br>   v.<br><br>WILSON CONSTRUCTION COMPANY,<br><br>        Counter-Defendant. | Case No. 3:15-cv-05807-JST<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE CASE MANAGEMENT CONFERENCE AND OTHER DEADLINES**<br><br>Civil L.R. 6-2, 16-2(d), (e) and 7-12 |

Pursuant to Local Rules 6-2, 16-2(d), (e) and 7-12, Plaintiff and Counter-Defendant WILSON CONSTRUCTION COMPANY ("Wilson") and Defendant and Counterclaimant GREGER PACIFIC MARINE ("Greger") (collectively the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, on December 17, 2015, Wilson filed its Complaint against Greger.

WHEREAS, on December 21, 2015, the Court issued an Order Setting Initial Case Management Conference and ADR Deadlines, setting March 9, 2016 as the last day to file a Rule 26(f) report, complete initial disclosures or state objection in Rule 26(f) Report and file a Joint Case Management Conference Statement, and scheduling the Initial Case Management Conference on March 16, 2016.  Dkt #5.

WHEREAS, on December 22, 2015, this action was reassigned to the Hon. Jon S. Tigar. Dkt. #8.

WHEREAS, on December 23, 2015, the Court rescheduled the initial Case Management Conference ("Case Management Conference") to March 23, 2016.  Dkt #9.

WHEREAS, following two stipulated extensions of time, on February 16, 2016, Greger filed an answer and counterclaims.  Dkt #12.

WHEREAS, on March 8, 2016, Wilson filed its answer to the counterclaims.  Dkt. #16.

WHEREAS, the Parties have agreed to mediate this case before Michael Ornstil at JAMS, which mediation is scheduled to occur on May 4, 2016.

WHEREAS, the Parties believe that the interests of judicial economy and efficiency will be served if the Case Management Conference, and the deadlines to file a Rule 26(f) report and complete initial disclosures, are postponed until after completion of the mediation.

WHEREAS, the requested rescheduling of the Case Management Conference and postponement of the Rule 26(f) and initial disclosures will not affect or alter any other deadline set by this Court.

WHEREAS, the parties make this request in good faith and not for the purposes of delay.

Based on the foregoing facts, the parties stipulate and agree that the Case Management Conference be continued to May 25, 2016 and the deadlines to file a Rule 26(f) report and complete initial disclosures be continued to May 18, 2016.

Dated:  March 9, 2016

                            HAIGHT BROWN & BONESTEEL, LLP

                            By: /s/  Stephen Squillario
                                Stephen Squillario
                                Attorney for Plaintiff and Counter-Defendant
                                Wilson Construction Company

                            PHILLIPS, ERLEWINE, GIVEN & CARLIN LLP

                            By  /s/  R. Scott Erlewine
                              R. Scott Erlewine
                              Attorneys for Defendant and Counterclaimant
                              Greger Pacific Marine, Inc.

## ATTESTATION

I, R. Scott Erlewine, am the ECF user whose identification and password is being used to file the instant document.  Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that all counsel whose electronic signatures appear above provided their authority and concurrence to file this document.

                            /s/ R. Scott Erlewine
                            R. Scott Erlewine

PHILLIPS, ERLEWINE, GIVEN & CARLIN LLP
39 Mesa Street, Suite 201
San Francisco, CA  94129
Telephone:  (415) 398-0900

**JOINT STIP AND [PROPOSED] ORDER TO RESCHEDULE CMC - Case No. 3:15-cv-05807-JST**

**ORDER**

PURSUANT TO THE FOREGOING STIPULATION, IT IS ORDERED that the Case Management Conference previously set for March 23, 2016 is rescheduled to May 25, 2016 at 2:00 p.m.  The deadlines to file a Rule 26(f) report and complete initial disclosures are continued to May 18, 2016.

The Joint Case Management Conference Statement is due ten Court days prior to the conference.

Dated:  March 11, 2016

_____
Hon. Jon S. Tigar
United States District Judge



JOINT STIP AND [PROPOSED] ORDER TO RESCHEDULE CMC - Case No. 3:15-cv-05807-JST