UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WILSON CONSTRUCTION COMPANY,

Plaintiff,

v.

GREGER PACIFIC MARINE, INC.,

Defendant.

Case No.  15-cv-05807-JST

**SCHEDULING ORDER**

The Court hereby sets the following case deadlines pursuant to Federal Rule of Civil

Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Deadline to add parties or amend the pleadings | October 14, 2016 |
| Fact discovery cut-off | January 20, 2017 |
| Expert disclosures | January 20, 2017 |
| Expert rebuttal | February 17, 2017 |
| Expert discovery cut-off | March 3, 2017 |
| Deadline to file dispositive motions | March 3, 2017 |
| Pretrial conference statement due | May 2, 2017 |
| Pretrial conference | May 12, 2017 at 2:00 p.m. |
| Trial | June 5, 2017 at 8:30 a.m. |
| Estimate of trial length (in days) | 4 |

United States District Court
Northern District of California

1    Counsel may not modify these dates without leave of court.  The parties shall comply with

2    the Court's standing orders, which are available at cand.uscourts.gov/jstorders.

3    The parties must take all necessary steps to conduct discovery, compel discovery, hire

4    counsel, retain experts, and manage their calendars so that they can complete discovery in a timely

5    manner and appear at trial on the noticed and scheduled dates.  All counsel must arrange their

6    calendars to accommodate these dates, or arrange to substitute or associate in counsel who can.

7    Trial dates set by this Court should be regarded as firm.  Requests for continuance are

8    disfavored.  The Court will not consider any event subsequently scheduled by a party, party-

9    controlled witness, expert or attorney that conflicts with the above trial date as good cause to grant

10   a continuance.  The Court will not consider the pendency of settlement discussions as good cause

11   to grant a continuance.

12   IT IS SO ORDERED.

13   Dated: May 26, 2016

14

15   _____

16   JON S. TIGAR
     United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28