1   R. SCOTT ERLEWINE (State Bar No. 095106)
    PHILLIPS, ERLEWINE, GIVEN & CARLIN LLP
2   39 Mesa Street, Suite 201 - The Presidio
    San Francisco, CA   94129
3   Telephone:  415-398-0900
    Fax:         415-398-0911
4   Email: rse@phillaw.com

5
    Attorneys for Defendant and Counterclaimant
6   Greger Pacific Marine, Inc.

7   Krsto Mijanovic (Bar No. 205060)
       kmijanovic@hbblaw.com
8   Stephen J. Squillario (Bar No. 257781)
    HAIGHT BROWN & BONESTEEL LLP
9   Three Embarcadero Center, Suite 200
    San Francisco, California 94111
10  Telephone:  415.546.7500
    Facsimile:  415.546.7505
11
    Attorneys for Plaintiff/Counter-Defendant
12  WILSON CONSTRUCTION COMPANY

13              UNITED STATES DISTRICT COURT

14            NORTHERN DISTRICT CALIFORNIA

15

16  WILSON CONSTRUCTION COMPANY          Case No:  3:15-cv-05807-JST

17             Plaintiff,               **STIPULATION ON DISCOVERY,
                                        ADDING EXHIBITS TO COMPLAINT;**
18        v.                            **[PROPOSED] ORDER**

19  GREGER PACIFIC MARINE, INC.

20             Defendant.

21  _____

22  GREGER PACIFIC MARINE, INC.

23             Counterclaimant,

24        v.

25  WILSON CONSTRUCTION COMPANY,

26             Counterdefendant.

27  _____

28

*Whereas*, at the initial Case Management Conference held on May 25, 2016, the Court ordered that counsel meet and confer on adopting a cost-effective discovery plan in this action and addressing exhibits which were inadvertently omitted from the complaint;

Plaintiff and Counter-Defendant Wilson Construction Company ("Wilson") and Defendant and Counterclaimant Greger Pacific Marine ("Greger"), by and through their respective counsel of record, hereby stipulate:

1.      Discovery (except for document requests) shall be limited to fifteen (15) interrogatories per side, fifteen (15) requests for admission per side, and fifteen (15) hours of deposition per side.  Any third party depositions may also include document requests.

2.      Document requests between the parties shall be limited to fifteen (15) requests per party.  The parties intend to serve the document requests set forth below, subject to modification.  Each party reserves its right to object to the other party's requests.

        a.      <u>By Wilson</u>:

          1)      All DOCUMENTS regarding, referring or relating to WILSON or any of its personnel, tug(s) or barges for the PG&E project.

          2)      All DOCUMENTS, including but not limited to notes, memoranda, texts and emails, constituting, regarding, referring or relating to COMMUNICATIONS or meetings with WILSON or any of its personnel.

          3)      All DOCUMENTS regarding, referring or relating to water depths at or near the location of the PG&E project, including without limitations, all navigational map(s) and surveys relating to the San Francisco Bay in YOUR possession as of March 3, 2015, and navigation chart(s) pertaining to, or covering the location of, the PG&E project that YOU showed WILSON during the March 3, 2015 meeting at YOUR office referenced in Paragraph 6 of YOUR Counterclaim.

          4)      All DOCUMENTS and COMMUNICATIONS regarding, referring or relating to any restrictions relating to the draft depths of the barge(s).

PHILLIPS, ERLEWINE, GIVEN & CARLIN LLP
39 Mesa Street, Suite 201 – The Presidio
San Francisco, CA  94129
Telephone: (415) 398-0900

WC19-0000007
11974319.1

PHILLIPS, ERLEWINE, GIVEN & CARLIN LLP
39 Mesa Street, Suite 201 – The Presidio
San Francisco, CA   94129
Telephone: (415) 398-0900

5)      All DOCUMENTS regarding, referring, or relating to the draft depth restrictions of the BARGES.

6)      All DOCUMENTS regarding, referring or relating to the CHARTER AGREEMENTS, including all drafts of the charter agreements that were exchanged between Greger and WILSON, all DOCUMENTS that evidence any part of the CHARTER AGREEMENTS not in writing, and any DOCUMENTS that evidence any modification to the CHARTER AGREEMENTS not in writing.

7)      All DOCUMENTS regarding, referring or relating to WILSON's acceptance of delivery of the barge(s)

8)      YOUR DOCUMENTS relating to the SURVEYS, including COMMUNICATIONS with WILSON relating to the SURVEYS.

9)      Any and all DOCUMENTS regarding, referring or relating to the water depth of the San Francisco Bay.

10.     YOUR DOCUMENTS relating to any use of the BARGES in the San Francisco Bay.

11)     YOUR DOCUMENTS relating to any inquiry or request by a third party to lease either of the BARGES from September 1, 2015 to December 31, 2015, including all COMMUNICATIONS with third parties to lease either of the BARGES from September 1, 2015 to December 31, 2015.

12)     YOUR DOCUMENTS relating to the lease of any of YOUR barges for use in the San Francisco Bay in the vicinity of the Dumbarton Bridge prior to September 21, 2015.

b.      By Greger:

1)      All documents referring or relating to Greger or any of its personnel, tug(s) or barge(s).

WC19-0000007
11974319.1

PHILLIPS, ERLEWINE, GIVEN & CARLIN LLP
39 Mesa Street, Suite 201 – The Presidio
San Francisco, CA  94129
Telephone: (415) 398-0900

2)      All documents, including but not limited to notes, memoranda, texts and emails, constituting, referring or relating to communications or meetings with Greger or any of its personnel.

3)      All documents and communications, including but not limited to notes, memoranda, texts and emails, referring or relating to the proposed or actual procurement, deployment, survey, loading and use or chartering of tug(s) and barge(s), and any damages and repairs thereto, relating to the PG&E project.

4)      All contracts and invoices for tug and/or barge services or chartering thereof relating to the PG&E project.

5)      All documents, including files, records and communications, relating to the PG&E project.

7)      All navigation chart(s) pertaining to, or covering the location of, the PG&E project.

8)      All documents referring or relating to water depths, or the actual or potential survey thereof, at or near the location of the PG&E project or relating to the PG&E project.

9)      Documents identified in Wilson's Initial Disclosures.

3.      The above discovery limitations shall apply unless otherwise ordered by the court or by agreement of the parties.

4.      Wilson shall be permitted leave to file an errata to the complaint to add as exhibits the two barge charter agreements which were referenced, but inadvertently omitted as exhibits, from the complaint.

Dated:  June 7, 2016                         PHILLIPS, ERLEWINE, GIVEN & CARLIN LLP


                                            By /s/ R. Scott Erlewine
                                                R. Scott Erlewine
                                                Attorneys for Defendant/Counterclaimant
                                                Greger Pacific Marine, Inc.

---

WC19-0000007
11974319.1

Dated:  June 7, 2016                    HAIGHT BROWN & BONESTEEL LLP


By /s/ Krsto Mijanovic
    Krsto Mijanovic
    Attorneys for Plaintiff/Counterdefendant
    Wilson Construction Company

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

WC19-0000007
11974319.1

1

**[PROPOSED] ORDER**

2

The parties' stipulation is adopted and IT IS SO ORDERED.

3

4

Dated:  June 7, 2016

5



Hon. ____

IT IS SO ORDERED

Judge Jon S. Tigar

6

7

8

9

10

11

<div style="writing-mode:vertical-lr">

PHILLIPS, ERLEWINE, GIVEN & CARLIN LLP
39 Mesa Street, Suite 201 – The Presidio
San Francisco, CA  94129
Telephone: (415) 398-0900

</div>

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

**STIPULATION RE DISCOVERY AND COMPLAINT EXHIBITS; [PROPOSED] ORDER –**
**Case No. 3:15-cv-05807-JST – Page 5**