1  Krsto Mijanovic (Bar No. 205060)
     kmijanovic@hbblaw.com
2  Peter Dubrawski (Bar No. 65677)
     pdubrawski@hbblaw.com
3  Stephen J. Squillario (Bar No. 257781)
     ssquillario@hbblaw.com
4  HAIGHT BROWN & BONESTEEL LLP
   Three Embarcadero Center, Suite 200
5  San Francisco, California 94111
   Telephone:  415.546.7500
6  Facsimile:  415.546.7505

7  Attorneys for Plaintiff/Counter-Defendant
   WILSON CONSTRUCTION COMPANY
8

9

10                  UNITED STATES DISTRICT COURT

11       NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

12

13

| | |
|---|---|
| WILSON CONSTRUCTION COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>GREGER PACIFIC MARINE, INC.,<br><br>Defendant. | Case No. 3:15-cv-05807-JST<br><br>**PARTIES' JOINT STIPULATION AND REQUEST RE:  SCHEDULING ORDER;** [PROPOSED] **ORDER THEREON** |
| GREGER PACIFIC MARINE, INC.,<br><br>Counterclaimant,<br><br>v.<br><br>WILSON CONSTRUCTION COMPANY,<br><br>Counter-Defendant. | |

## JOINT STIPULATION

**TO THE HONORABLE COURT**, this Stipulated Joint Request to modify the Scheduling Order pursuant to Federal Rule of Civil Procedure 16(b)(4) and continue the deadline by which to add parties and amend the complaint is made by and between Plaintiff/Counter-Defendant Wilson Construction Company ("Wilson") and Defendant/Counterclaimant Greger Pacific Marine, Inc. ("Greger") (the "Parties"), by and through their respective counsel of record, and with reference to the following facts.

**WHEREAS**, following the initial Case Management Conference on May 25, 2016, this Court issued a Scheduling Order, which set a deadline of October 14, 2016 for the parties to add parties and amend the pleadings.

**WHEREAS**, the Parties subsequently exchanged written discovery requests, including requests for documents, and agreed to a number of reciprocal extensions on the responses to accommodate the busy litigation schedules of their respective counsel.

**WHEREAS**, Wilson agreed to provide Greger a further extension to respond to its discovery requests to October 10, 2016, provided that Greger agreed to continue the subject deadline by two weeks to October 28, 2016; Greger so agreed.

**NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND RESPECTFULLY REQUEST THAT THIS COURT** continue the deadline by which the Parties are required to add parties or amend the pleadings from October 14, 2016 to October 28, 2016.

Dated: October 13, 2016            HAIGHT BROWN & BONESTEEL LLP


By:  / s / Stephen J. Squillario
    Krsto Mijanovic
    Peter Dubrawski
    Stephen J. Squillario
    Attorneys for Plaintiff/Counter-Defendant
    WILSON CONSTRUCTION COMPANY

| | |
|---|---|
| Dated: October 13, 2016 | PHILLIPS, ERLEWINE, GIVEN & CARLIN LLP |
| | By: /s/ R. Scott Erlewine |
| | R. Scott Erlewine |
| | Attorneys for Defendant/Counterclaimant |
| | GREGER PACIFIC MARINE, INC. |

## ATTESTATION

I, Stephen J. Squillario, am the ECF user whose identification and password is being used to file the instant document. Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that all counsel whose electronic signatures appear above provided their authority and concurrence to file this document.

/s/ Stephen J. Squillario
Stephen Squillario

## [~~PROPOSED~~] ORDER

The parties' stipulation is adopted and IT IS SO ORDERED.

Dated: October 17, 2016

_____
Hon. Jon S. Tigar